# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

CARL JERMAINE STUBBS

Defendant.

_____/

Case: 2:26-cr-20396
Assigned To : Goldsmith, Mark A.
Referral Judge: Grand, David R.
Assign. Date : 6/24/2026
Description: SEALED MATTER (SS)

Violations:
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 922(g)(1)

## Indictment

The Grand Jury charges that:

## Count One
### Possession of Fentanyl with Intent to Distribute
### 21 U.S.C. § 841(a)(1)

On or about November 12, 2024, in the Eastern District of Michigan, the defendant, CARL STUBBS, knowingly and intentionally possessed with intent to distribute a controlled substance, that is, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

### Count Two
### Possession of Cocaine with Intent to Distribute
### 21 U.S.C. § 841(a)(1)

On or about November 12, 2024, in the Eastern District of Michigan, the

defendant, CARL STUBBS, knowingly and intentionally possessed with intent to

distribute a controlled substance, that is, 500 grams or more of a mixture and

substance containing a detectable amount of cocaine, in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

### Count Three
### Possession of a Firearm in Furtherance of a Drug-Trafficking Crime
### 18 U.S.C. § 924(c)(1)(A)

On or about November 12, 2024, in the Eastern District of Michigan, the

defendant, CARL STUBBS, knowingly possessed a firearm in furtherance of a

drug-trafficking crime for which he may be prosecuted in a court of the United

States, that is, possession of controlled substances with intent to distribute, as

charged in Counts One and Two of this Indictment; in violation of Title 18, United

States Code, Section 924(c)(1)(A).

### Count Four
### Possession of a Firearm by a Convicted Felon
### 18 U.S.C. § 922(g)(1)

On or about November 12, 2024, in the Eastern District of Michigan, the

defendant, CARL STUBBS, knowing that he had been convicted of a crime

2

punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting foreign and interstate commerce, the following firearms: .40 caliber Glock 27, 9mm Kimber Micro 9 ESV, 9mm Taurus PT 111, 9mm Sig Sauer P365, 9mm Diamond Back D89, Masterpiece Arms MPA30T-A, and a double barrel shotgun, in violation of Title 18, United States Code, Section 922(g)(1).

### Forfeiture Allegations

The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

Under Title 18, United States Code, Section 924(d)(1) together with Title 28, United States Code, Section 2461(c), upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g) or 924(c) set forth in Counts Three and Four of this Indictment, the defendant, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of the offenses, including, but not limited to:

- .40 caliber Glock 27 (SN FPU334),

3

- 9mm Kimber Micro 9 ESV (SN PB0222007),

- 9mm Taurus PT 111 (SN TVE05504),

- 9mm Sig Sauer P365 (SN 66B866592),

- 9mm Diamond Back D89 (SN YF7012),

- Masterpiece Arms MPA30T-A (SN B7322),

- double barrel shotgun (SN E25119)

- 18 – .40 caliber rounds

- 57 – 9 mm rounds

Under Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following: $41,073 and three iPhones.

As part of the forfeiture in this case, the United States intends to seek entry of a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

4

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**This is a True Bill.**


/s/Grand Jury Foreperson
Grand Jury Foreperson


JEROME F. GORGON Jr.
United States Attorney

/s/ Thomas Franzinger
Thomas Franzinger
Chief, Organized Crime Unit

/s/ Rajesh Prasad
Rajesh Prasad
Assistant United States Attorney

/s/ Barbara Lanning
Barbara Lanning
Deputy Chief, Violent and Major Crimes Unit

Dated: June 24, 2026

6

Case: 2:26-cr-20396
Assigned To : Goldsmith, Mark A.
Referral Judge: Grand, David R.
Assign. Date : 6/24/2026
Description: SEALED MATTER (SS)

| | |
|---|---|
| **United States District Court**<br>**Eastern District of Michigan** | **Criminal Case Co** |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes     ☒ No | **AUSA's Initials:**  RKP |

**Case Title:** USA v.  CARL JERMAINE STUBBS

**County where offense occurred :**  Wayne

**Check One:**     ☒ **Felony**          ☐ **Misdemeanor**          ☐ **Petty**

__✓__Indictment/_____Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:**                               ]
_____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 24, 2026
Date

Rajesh Prasad, Assistant U.S. Attorney
211 W. Fort St., Ste 2001
Detroit, MI 48226
Fax:     313-226-2311
E-Mail address: Rajesh.Prasad@usdoj.gov
Attorney Bar #:  P68519

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.